TERESA G. WHITNEY
Senior Tax Counsel
MONTANA DEPARTMENT OF REVENUE
Legal Services Office
125 North Roberts Street
PO Box 7701
Helena, Montana 59604-7701
Phone: (406) 444-7990
Email: TWhitney@mt.gov

State Bar No. 8385

Attorney for Montana Department of Revenue

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: | Case No. 2:22-bk-20134-BPH |
| **JOHN GREGORY ALEXANDER HERRIN**, | **SECOND NOTICE TO COURT** |
| Debtor. | |

COMES NOW, the Montana Department of Revenue (MDOR) and files this Second Notice to Court providing a status update on the progress of MDOR's and Debtor's agreement the parties reached during the hearing held on Wednesday, December 3, 2025.

On December 19, 2025, MDOR provided notice that for internal accounting purposes, a settlement agreement is necessary for MDOR to pay the $250 to Debtor. MDOR counsel drafted the agreement and e-mailed it to Debtor and was waiting for a signed copy of the settlement agreement from Debtor.

On December 19, 2025, MDOR received Debtor's signature on the agreement along with bank account direct deposit information. The fully executed agreement was sent back to Debtor

on December 29, 2025. On December 29, 2025, MDOR authorized the payment of $250 to Debtor's bank account as he instructed.

MDOR has fully complied with the Court's directives and the terms of the Settlement Agreement.

Respectfully submitted this 30th day of December, 2025.

MONTANA DEPARTMENT OF REVENUE

*/s/ Teresa G. Whitney*
TERESA G. WHITNEY
Senior Tax Counsel
Attorney for Montana Department of Revenue

## CERTIFICATE OF SERVICE

I do hereby certify under penalty of perjury that a copy of the within and foregoing **MDOR's Second Notice to Court** was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same, and that in addition a copy was sent by first class mail postage prepaid on the 30th day of December, 2025, at Helena, Montana, and directed to the following:

John Herrin
227 Olin St.
Deer Lodge, MT 59722

Dated: December 30th, 2025

*/s/ Cindy McGinnis*
Paralegal

2